44

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 2 2001

Michael N. Milby
Clerk of Court

SHERRY MARIE PEREZ AND
OSWALDO VICTOR PEREZ,
INDIVIDUALLY AND AS NEXT           No. 93-55
FRIENDS OF MICHAEL DAVID
PEREZ AND VICTOR MANUEL
PEREZ, MINORS

VS.

JOSE LUIS TORRES AND
TRANSPORTES MEJIA DURAN

## MOTION TO DISBURSE FUNDS FROM THE REGISTRY OF THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Sherry Marie Perez, now known as Sherry Longoria, as Next Friend of her son, Michael David Perez, and files this her Motion to Disburse Funds From the Registry of the Court, and in support thereof would show the following:

I.

On or about April 29, 1993, a Final Judgment was entered in the above-styled and numbered cause. In said Final Judgment, Michael David Perez, then a minor, was awarded the sum of One Thousand Dollars and No/Cents ($1,000.00) from Defendants. Movant requests the Court take judicial notice

of the Final Judgment entered in this cause.

II.

The money awarded to Michael David Perez, a minor, was deposited into the Registry of the Court and the District Clerk was authorized to invest said sum into a passbook savings account or certificate of deposit at a financial institution, until such time as the minor child reached majority. At the time the minor reaches majority, the Clerk was ordered to pay said sum and interest earned thereon, to the minor.

III.

Michael David Perez has reached the age of majority. His birth date is July 4, 1982, and his Social Security Number is 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. A true and correct copy of his Birth Certificate is attached hereto and incorporated herein for all purposes as Exhibit "A". Movant requests the Court order the Clerk of the Court to disburse the $1,000.00 awarded and invested on his behalf, plus any interest earned thereon, to Michael David Perez.

WHEREFORE, PREMISES CONSIDERED, Sherry Marie Perez, now known as Sherry Longoria, as Next Friend of Michael David Perez, requests that after consideration of this Motion, the Court order the Clerk of the Court to disburse such funds plus any interest earned thereon, invested for the benefit of Michael David Perez, to Michael David Perez

now that he has reached the age of majority.

Respectfully submitted,

Stuart Diamond
2111 Padre Blvd., Suite 5
South Padre Island, Texas 78597
(956) 761-4400
(956) 761-4428 Fax
State Bar No. 05803500

Attorney Ad Litem for
Michael David Perez

# LOUISIANA STATE BOARD OF HEALTH
## DIVISION OF PUBLIC HEALTH STATISTICS
## CERTIFICATE OF LIVE BIRTH
### AGES 6 MONTHS TO 12 YEARS ONLY

BIRTH NO. 117-_____

IMPORTANT: This is a Permanent Record. Use Black Typewriter Ribbon or Black Ink.

| Field | Value |
|---|---|
| 1A. CHILD'S LAST NAME | Perez |
| 1B. FIRST NAME | Michael |
| 1C. SECOND NAME | David |
| 2A. BIRTH DATE | July 4, 1982 |
| 2B. HOUR | 1:30 |
| 3. SEX | Boy |
| 4. IS MOTHER MARRIED TO FATHER OF THIS CHILD? | Yes |
| 5. TWIN, TRIPLET—BORN 1ST, 2ND, OR 3RD | |
| 6. WEIGHT OF CHILD | 8 lbs. 12 oz |
| 7. PLACE OF BIRTH | Church Point |
| 8. PARISH AND WARD NO. | Acadia |
| 9. MOTHER'S STAY IN THIS COMMUNITY | 6 months |
| 10. NAME OF HOSPITAL OR INSTITUTION | Acadia-St. Landry Hospital |
| 11. MOTHER'S STAY IN HOSPITAL BEFORE DELIVERY (NO. OF DAYS) | 2 |
| 12. RESIDENCE OF MOTHER | Route 1 Box 682 |
| 13. PARISH AND WARD NO. | Acadia |
| 14. STATE | Louisiana |
| 15. STREET NUMBER | Route 1 Box 682 |
| 16. MOTHER'S MAILING ADDRESS IF DIFFERENT | |
| 17. FULL NAME OF FATHER | Oswaldo Victor Perez |
| 18. COLOR OR RACE OF FATHER | White |
| 19. AGE OF FATHER | 22 |
| 20. OCCUPATION OF FATHER | Serviceman |
| 21. INDUSTRY OR BUSINESS | U.S. Marines |
| 22. BIRTHPLACE OF FATHER | Chicago, Illinois |
| 23. FULL MAIDEN NAME OF MOTHER | Sherry Marie Rock |
| 24. COLOR OR RACE OF MOTHER | White |
| 25. AGE OF MOTHER | 19 |
| 26. OCCUPATION OF MOTHER | Housewife |
| 27. INDUSTRY OR BUSINESS | Housewife |
| 28. BIRTHPLACE OF MOTHER | Brownsville, Texas |
| 29. TOTAL NUMBER OF CHILDREN (EXCLUDE THIS CHILD) | 0 |
| 30. NUMBER NOW LIVING (EXCLUDE THIS CHILD) | 0 |
| 31. NO. BORN ALIVE NOW DEAD (EXCLUDE THIS CHILD) | 0 |
| 32. NO. BORN DEAD | 0 |

ATTENDANT'S CERTIFICATION: I certify that I attended this birth and that the child was born alive on the date & hour stated above.
35. SIGNATURE OF ATTENDANT: Michael P. Montgomery — M.D. [X] Midwife [ ]
36. DATE OF SIGNATURE: August 3, 1987

REGISTRAR'S CERTIFICATION:
37. DATE ACCEPTED BY LOCAL REGISTRAR: SEP 08 1987
38. SIGNATURE OF LOCAL REGISTRAR: Stanley O. Brown
39. DATE FILED BY STATE REGISTRAR: SEP 08 1987

**AFFIDAVIT**

State of Louisiana   (County) Parish of Acadia

Personally appeared before me the undersigned, who, being duly Affirmed/Sworn doth depose and say that the facts appearing upon this birth certificate are true and correct to the best of his/her knowledge.

Signed: Mae Wilkerson     Related to this child as: Great Grandmother

Affirmed/Sworn to and subscribed before me, this 11 day of August, 1987

My commission expires: At death

Judy W. Faul, NOTARY PUBLIC

SEP 09 1987

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S. 40:32, ET SEQ.

Sandra Robinson, M.D., STATE HEALTH OFFICER     Stanley O. Brown, STATE REGISTRAR

Plaintiff's Exhibit