45

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SHERRY MARIE PEREZ AND | § | |
| OSWALDO VICTOR PEREZ, | § | |
| FRIENDS OF MICHAEL DAVID | § | |
| PEREZ AND VICTOR MANUEL | § | |
| PEREZ, MINORS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-93-055 |
| | § | |
| JOSE LUIS TORRES AND | § | |
| TRANSPORTES MEJIA DURAN | § | |

## ORDER TO DISBURSE FUNDS FROM THE REGISTRY OF THE COURT

Before the Court is Movant's Motion to Disburse Funds From the Registry of the Court. After reviewing the evidence and pleadings on file, the Court is of the opinion that said Motion should be GRANTED;

It is therefore ORDERED, ADJUDGED, and DECREED that the District Clerk shall disburse and distribute all funds held and invested for Michael David Perez, plus any interest thereon, to Michael David Perez now that he has reached the age of majority.

Signed this the 22nd day of August, 2001.

Honorable Filemon B. Vela
United States District Judge