United States District Court
Southern District of Texas
FILED

**NOV 1 3** 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

SHERRY MARIE PEREZ AND
OSWALDO VICTOR PEREZ,
INDIVIDUALLY AND AS NEXT              Civil Action  NO. B-93-055
FRIENDS OF MICHAEL DAVID
PEREZ AND VICTOR MANUEL
PEREZ, MINORS

VS.

JOSE LUIS TORRES AND
TRANSPORTES MEIJA DURAN

## MOTION TO DISBURSE FUNDS FROM THE REGISTRY OF THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Sherry Marie Perez, now known as Sherry Longoria, as Next Friend of her son, Victor Michael Perez, and files this her Motion to Disburse Funds From the Registry of the Court, and in support thereof would show the following:

I.

On or about April 29, 1003, a Final Judgment was entered in the above-styled and numbered cause. In said Final Judgment, Victor Manuel Perez, then a minor, was awarded the sum of One Thousand Dollars and No/Cents ($1,000.00) from Defendants. Movant requests the Court take judicial notice

of the Final Judgment entered in this cause.

## II.

The money awarded to Victor Manuel Perez, a minor, was deposited into the Registry of the court and the District Clerk was authorized to invest said sum into a passbook savings account or a certidficate of deposit at a financial institution, until such time as the minor child reached majority. At the time the minor reaches majority, the Clerk was ordered to pay all sums and interest earned thereon, to the minor.

## III.

Victor Manuel Perez has reached the age of majority. His birth date is October 3, 1985 and his Social Security Number is 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. A true and correct copy of his Birth Certificate is attached hereto and incorporated herein for all purposes as Exhibit "A". Movant requests the Court order the Clerk of the Court to disburse all funds awarded and invested on his behalf, plus any interest earned thereon, to Victor Manuel Perez.

WHEREFORE, PREMISES CONSIDERED, Sherry Marie Perez, now known as Sherry Longoria, as Next Friend of Victor Manuel Perez, requests that after consideration of this Motion, the Court order the Clerk of the Court to disburse all funds awarded to and invested for the benefit of Victor Manuel Perez, plus any interest earned from date of judgment to

Victor Manuel Perez now that he has reached the age of majority.

Respectfully submitted,

Stuart Diamond
2111 Padre Blvd., Suite 5
South Padre Island, Texas 78597
(956) 761-4400
(956) 761-4428  Fax
State Bar No. 05803500

Attorney Ad Litem for
Victor Manuel Perez

Texas Department of Health — BUREAU OF VITAL STATISTICS

STATE OF TEXAS                    CERTIFICATE OF BIRTH

| | | |
|---|---|---|
| 1 NAME (Type or print) | [a] First VICTOR | [b] Middle MANUEL | [c] Last PEREZ |
| | | BIRTH NO. | 2 DATE OF BIRTH 10-03-1985 |
| 3 SEX MALE | 4a PLACE OF BIRTH — COUNTY CAMERON | 4b CITY OR TOWN [if outside city limits give present no.] BROWNSVILLE | 4d INSIDE CITY LIMITS? YES | 4c CITY OR TOWN |
| | | | 5a THIS BIRTH SINGLE TWIN TRIPLET ETC [Specify] SINGLE | 5b IF TWIN OR TRIPLET WAS CHILD BORN 1st, 2nd, 3rd [Specify] N/A |

CHILD
| 6 NAME BROWNSVILLE MEDICAL CENTER | 4c NAME OF HOSPITAL [If not in hospital give street address] |

FATHER
| 7 RACE CAUC | 8a IS FATHER OF SPANISH ORIGIN? YES | 8b IF YES, SPECIFY MEXICAN, CUBAN, PUERTO RICAN, ETC MEXICAN AMERICAN |
| 9 AGE [At time of this birth] 25 | 10 BIRTHPLACE [State or foreign country] CHICAGO | 11a USUAL OCCUPATION SECURITY GUARD | 11b KIND OF BUSINESS OR INDUSTRY DEPARTMENT STORE |

MOTHER
| 12 MAIDEN NAME | [a] First SHERRY | [b] Middle | [c] Last PEREZ |
| 13 RACE CAUC | 14a IS MOTHER OF SPANISH ORIGIN? YES | 14b IF YES, SPECIFY MEXICAN, CUBAN, PUERTO RICAN, ETC MEXICAN AMERICAN |
| 15 AGE [At time of this birth] 23 | 16 BIRTHPLACE [State or foreign country] CHICAGO | 17a USUAL OCCUPATION SECURITY GUARD | 17b KIND OF BUSINESS OR INDUSTRY SECURITY GUARD |
| 18a RESIDENCE STATE TEXAS | 18b COUNTY CAMERON | 18c CITY OR TOWN BROWNSVILLE TEXAS 78520 | 18d STREET ADDRESS [If rural, give location] 1405 IXXA CHICA # 108 | 18e INSIDE CITY LIMITS? YES |

| 19 Children previously born to this mother a) How many other children are now living? 1 b) How many other children are now dead? 0 | 19c How many children were born dead after 20 weeks pregnancy? 0 | 20 INFORMANT PEREZ |

| 21 I hereby certify that this child was born alive on the date stated above | 22a ATTENDANT'S SIGNATURE DR. MARTINEZ | 22b ATTENDANT AT BIRTH M.D., D.O., C.N.M., MIDWIFE, OTHER [Specify] M.D. | 22c ATTENDANT AT BIRTH SHERRY M. PEREZ |
| | 22c ATTENDANT'S ADDRESS BROWNSVILLE TEXAS 78520 | 22d DATE SIGNED 10-18-1985 | 23c SIGNATURE OF LOCAL REGISTRAR YOLANDA R. LIZAOLA |
| 23a REGISTRAR'S FILE NO. 85-1846 | a) 15:10 P | 23b DATE REC'D BY LOCAL REGISTRAR 10-23-1985 | |

THIS IS TO CERTIFY THAT THIS IS A TRUE COPY OF A COPY
ORIGINAL BIRTH CERTIFICATE OF
VICTOR MANUEL PEREZ
AS IT APPEARS IN THE RECORDS OF THE CITY OF BROWNS-
VILLE, TEXAS, VOLUME 92 PAGE 448

MELISS D. MORALES
MARGIE MEDINA

Plaintiff's Exhibit A