United States District Court
Southern District of Texas
ENTERED

DEC 0 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

SHERRY MARIE PEREZ AND
OSWALDO VICTOR PEREZ,
INDIVIDUALLY AND AS NEXT           Civil Action NO. B-93-055
FRIENDS OF MICHAEL DAVID
PEREZ AND VICTOR MANUEL
PEREZ, MINORS

VS.

JOSE LUIS TORRES AND
TRANSPORTES MEJIA DURAN

## ORDER TO DISBURSE FUNDS FROM THE REGISTRY OF THE COURT

Before the Court is Movant's Motion to Disburse Funds From the Registry of the Court. After reviewing the evidence and pleadings on file, the Court is of the opinion that said Motion should be GRANTED:

It is therefore ORDERED, ADJUDGED AND DECREED that the District Clerk shall disburse and distribute all funds held and invested for Victor Manuel Perez, plus any interest thereon, to Victor Manuel Perez now that he has reached the age of majority.

Signed this 26th day of November, 2003.

_____
JUDGE PRESIDING